JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-10529 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Cheryl Beard, aka Cheryl Beard Roy, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Cheryl Beard, aka Cheryl Beard Roy, in the principal amount of $13,101.11 plus interest accrued to December 3, 2012, in the sum of $25,951.03; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$39,052.14**.

DATED: January 24, 2013      By: ___TERRY NAFISI___
                                  Clerk of the Court

                                  ___/s/ Jenny Lam___
                                  Deputy Clerk
                                  United States District Court

Page 5